UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO QUITO,

                        Petitioner,

      -against-

THOMAS DECKER, *New York Field Office Director for Immigration and Customs Enforcement*,

                        Respondent.



19-CV-10662 (AJN)

ORDER TO ANSWER, 28 U.S.C. § 2241

ALISON J. NATHAN, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

The Court will mail this Order to the pro se Petitioner and that mailing will be noted on the public docket.

SO ORDERED.

Dated:    January ___, 2020
            New York, New York

                                                  ALISON J. NATHAN
                                                  United States District Judge