USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sergio Quito,

                Petitioner,

       -v-

Thomas Decker,

                Respondent.

19-cv-10662 (AJN)

ORDER

ALISON J. NATHAN, United States District Judge:

      On March 9, 2020, Respondent filed a motion to dismiss Petitioner's case for lack of venue. *See* Dkt. No. 6. On April 20, 2020, the Court *sua sponte* extended Petitioner's deadline to file his opposition, if any, to May 18, 2020. Dkt. No. 9. On July 13, 2020, this Court again extended Petitioner's deadline to August 21, 2020 and directed the Clerk of Court to mail a copy of the Order to the Petitioner. Dkt. No. 11. On August 25, 2020, however, the docket was updated to reflect that the Order was returned to sender on the basis that Petitioner was released from Etowah County Detention Center on July 7, 2020.

      The Government is hereby ORDERED to serve Petitioner copies of its Motion to Dismiss, Dkt. No. 6; its Memorandum of Law in Support of its Motion to Dismiss, Dkt. No. 7; the Court's July 13, 2020 Order, Dkt. No. 11; and of this Order. The Government shall file proof of service within one week of effecting service on Petitioner. If the Government is unable to serve Petitioner, the Government shall file a letter explaining why it cannot serve Petitioner. The Government is further ORDERED to provide Petitioner's new address to the Court, so that the docket can be updated accordingly.

      SO ORDERED.

Dated:   August 28, 2020
            New York, New York

                                              _____
                                              ALISON J. NATHAN
                                              United States District Judge